# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00485-CV

**J. T., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### NO. 22-0193, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. T. filed her notice of appeal on August 9, 2022. The appellate record was complete on September 6, 2022, making appellant's brief due on September 26, 2022. On September 26, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order James B. Peplinski to file appellant's brief no later than October 16, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on October 7, 2022.

Before Chief Justice Byrne, Justices Triana and Smith